| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Denise Carlon, Esquire<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Bayview Loan Servicing, LLC as servicer for THE<br>BANK OF NEW YORK MELLON FKA THE BANK<br>OF NEW YORK, AS TRUSTEE FOR THE<br>CERTIFICATEHOLDERS OF THE CWALT, INC.,<br>ALTERNATIVE LOAN TRUST 2007-HY3<br>MORTGAGE PASS-THROUGH CERTIFICATES,<br>SERIES 2007-HY3 | **Order Filed on November 9,<br>2017 by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey**<br><br>Case No:    <u>17-24151 SLM</u><br><br>Hearing Date:  November 7, 2017<br><br>Judge:  Stacey L. Meisel |
| In Re:<br>Kyu Hong Choi<br><br>          DEBTOR(S), | |

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: November 9, 2017**

*Stacey L. Meisel*

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the motion of <u>Bayview Loan Servicing, LLC as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HY3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY3</u> under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■    Real Property More Fully Described as:

**Land and premises commonly known as 847 Tequesta Drive, Franklin Lakes NJ 07417**

☐    Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-24151-SLM
Kyu Hong Choi                                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Nov 13, 2017
                              Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2017.
db             +Kyu Hong Choi,    847 Tequesta Drive,    Franklin Lakes, NJ 07417-2134

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0


           ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2017 at the address(es) listed below:
          Aileen  Perez   on behalf of Debtor Kyu Hong Choi aperezesq@yahoo.com
          Denise E. Carlon   on behalf of Creditor   Bayview Loan Servicing, LLC as servicer for THE BANK
           OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT,
           INC., ALTERNATIVE LOAN TRUST 2007-HY3 MORTGAGE PAS dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2007-HY3) dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          John  Sywilok   sywilokattorney@sywilok.com,  nj26@ecfcbis.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                           TOTAL: 5