UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  KYU HONG CHOI

Case No.: 17-24151
Chapter: 7
Judge: Stacey L. Meisel

## NOTICE OF PROPOSED ABANDONMENT

John W. Sywilok, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: 50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on January 23, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3A. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
210 Frederick Street
Paramus, NJ 07652
Market Value is $799,000.00

Liens on property:
Subject to mortgage Held By Ocwen Loan Servicing on which there is due approximately $850,000.00

Amount of equity claimed as exempt: No Equity

Objections must be served on, and requests for additional information directed to:

Name: John W. Sywilok, Esq.    /s/John W. Sywilok
Address: 51 Main Street, Hackensack, NJ 07601
Telephone No.: (201) 487-9390

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:
Kyu Hong Choi
    Debtor

Case No. 17-24151-SLM
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 15, 2017
    Form ID: pdf905    Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2017.
```
db             #+Kyu Hong Choi,    847 Tequesta Drive,    Franklin Lakes, NJ 07417-2134
cr              +DEUTSCHE BANK NATIONAL TRUST COMPANY,    Robertson, Anschutz & Schneid, P.L.,
                  6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
cr              +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    Phelan Hallinan & Schmieg, PC,
                  400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516935558       +Bayview Loan Services,    P.O. Box 650091,    Dallas, TX 75265-0091
516935559       +Ditech,    7360 South Kyrene Road,    Tempe, AZ 85283-4583
516935560       +East West Bank,    P.O. Box 60020,    City of Industry, CA 91716-0020
516935561       +Lowenstein Sandler, LLC,    65 Livingston Avenue,    Roseland, NJ 07068-1725
516935562       +Ocwen,    P.O. Box 24738,    West Palm Beach, FL 33416-4738
516935563       +Westgate Financial Corporation,    5 Marine View Plaza,    Hoboken, NJ 07030-5756
516935564       +Wilentz Goldman Spitzer PA,    90 Woodbridge Center Drive,    Woodbridge, NJ 07095-1146
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Dec 15 2017 22:14:28     U.S. Attorney,   970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 15 2017 22:14:27     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
                                                                                              TOTAL: 2
```

       ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2017    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2017 at the address(es) listed below:
```
          Aileen   Perez    on behalf of Debtor Kyu Hong Choi aperezesq@yahoo.com
          Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC as servicer for THE BANK
           OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT,
           INC., ALTERNATIVE LOAN TRUST 2007-HY3 MORTGAGE PAS dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2007-HY3) dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          John   Sywilok     sywilokattorney@sywilok.com, nj26@ecfcbis.com
          Kevin M. Buttery    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
           bkyefile@rasflaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```